

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Boston Area Office**

John F. Kennedy Federal Building
Government Center, Room 475
Boston, MA 02203-0506
Toll Free Number:  (866) 408-8075
Boston Direct Dial:  (617) 565-4805
Boston Direct Line:  (617) 565-3200
TTY:  (617) 565-3204
FAX:  (617) 565-3196

Internet: www.eeoc.gov
Email: info@eeoc.gov

September 13, 2019

Colleen Rebar
41 Maplewood Drive
Clinton, CT 06413

Theodore W. Heiser, Esq.
Suisman Shapiro
Attorneys at Law
P.O. Box 1591
New London, CT 06320

Community Residences, Inc.
50 Rockwell Road
Newington, CT 06111

Respondent's Counsel
By email only to bcole-johnson@rc.com

    Re:    Colleen Rebar v. Community Residences, Inc.
            EEOC Charge No.  16A-2018-01194

Dear Parties:

This letter is to notify you that a typographical error was discovered on the Notice of Right to Sue issued by this office on March 25, 2019. A copy of this document is enclosed. The Charging Party's address on the Notice of Right to Sue is incorrect. The Charging Party's copy of the Notice of Right to Sue was mailed to Respondent.

Charging Party's Notice of Right to Sue should have been mailed to Charging Party at 41 Maplewood Drive, Clinton, CT 06413.

If you have any question, I can be reached at 1-617-565-3191, Monday to Friday, during normal business hours.

Sincerely,

Kenneth An, JD
Director