UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| COLLEEN REBAR, | * | C.A. No. 3:19-CV-01656-MPS |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| | * | |
| COMMUNITY RESIDENCES, INC., | * | OCTOBER 1, 2020 |
| | * | |
| Defendant. | * | |
| | * | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Colleen Rebar, and Defendant, Community Residences, Inc., hereby jointly stipulate that this case be dismissed, with prejudice, with each party to bear its own attorneys' fees, costs, and expenses incurred in connection with this action and with all rights of appeal waived.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| COLLEEN REBAR | COMMUNITY RESIDENCES, INC. |

BY: __/c/ ct23807_____       BY:__/s/ct30077_____
   Theodore W. Heiser, ct23807                   Abby M. Warren, ct30077
   Suisman, Shapiro, Wool, Brennan,              Robinson & Cole LLP
   Gray & Greenberg, P.C.                        280 Trumbull Street
   2 Union Plaza, Suite 200                      Hartford, CT 06103
   P.O. Box 1591                                 Tele. No. (860) 275-8200
   New London, CT 06320                          Fax. No. (860) 275-8299
   Tele. No.: (860)442-4416                      Email: awarren@rc.com
   Fax No.:  (860) 442-0495                      Its Attorney
   Email: theiser@sswbgg.com
   Her Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on this 1st day of October, 2020, the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by e-mail to all appearing parties by operation of the Court's electronic filing system. Parties may access this through the Court's system.

　　　　　　　　　　　　　　　　　　　____/s/ct 23807_____
　　　　　　　　　　　　　　　　　　　Theodore W. Heiser, ct 23807